IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OCEANA, INC.<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GUTIERREZ, et al.<br>　　　　　　Defendants. | Civil Action No. 06-1638 RJL |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Case Management Order in the above-captioned case has been served by first-class United States mail upon Keith W. Rizzardi, Trial Attorney, U.S. Department of Justice, Environmental and Natural Resource Division, Wildlife and Marine Resources Section, counsel for defendants Carlos M. Gutierrez, Secretary of Commerce; the National Oceanic and Atmospheric Administration; and the National Marine Fisheries Service.

Date: October 27, 2006

_____
Mike Leonard