IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------)
OCEANA, INC.                              )
                    Plaintiff,            )
                                          )
        v.                                )    Civil Action No. 06-1638 RJL
                                          )
GUTIERREZ, et al.                         )
                    Defendants.           )
_____)
```

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and considering that the defendants in this case have not yet filed either an answer or a motion for summary judgment, plaintiff Oceana, Inc., hereby voluntarily dismisses this case.

DATED this 14th day of December, 2006.

Respectfully submitted,

/s/ Eric A. Bilsky
_____
Eric A. Bilsky
DC Bar No. 433612
OCEANA, INC.
2501 M Street, NW
Washington, DC 20037-1311
Phone: (202) 833-3900

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure has been served by first-class mail, postage pre-paid, upon the following counsel for defendants this 14th day of December 2006.

    Keith W. Rizzardi, Esq.
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife & Marine Resources Section
    PO Box 23795 (L'Enfant Station)
    Washington, DC 20026

        /s/ Eric A. Bilsky
        _____
        Eric A. Bilsky
        DC Bar No. 433612
        OCEANA, INC.
        2501 M Street, NW
        Washington, DC 20037-1311
        Phone: (202) 833-3900